IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ROGER TRUSCH<br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No. 2:19-CV-02706-VEB<br><br>ORDER FOR AWARD OF ATTORNEYS' FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

　　　Based upon the parties' Stipulation for Award of Attorneys' Fees under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorneys' fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $6,250.00, pursuant to 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: December 8, 2020　　　/s/Victor E. Bianchini
　　　　　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE